# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| WESLEY JOHN ROEHL | 1:25-cr-144-AKB-3 |

To: The United States Marshal
and any Authorized United States Officer



RECEIVED
By USMS at 11:49 am, May 14, 2025

YOU ARE HEREBY COMMANDED to arrest **WESLEY JOHN ROEHL** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. § 841(a)(1), (b)(1)(B) DISTRIBUTION OF METHAMPHETAMINE

United States Courts
District of Idaho
**ISSUED**
*Kelly Montgomery*
on May 14, 2025 10:41 am

| | |
|---|---|
| <u>Kelly Montgomery, Deputy Clerk</u> | <u>May 14, 2025</u> |
| Name and Title of Issuing Officer | Date |

**RETURN**

This warrant was received <u>May 14 2025</u> and executed with the arrest of the above-name individual at <u>Ada County Jail, Boise, ID</u>.

_____
*TMC*
Signature of Arresting Officer

<u>June 28 2025</u>
Date of Arrest

<u>Signed on behalf arresting DUSM</u>
Name & Title of Arresting Officer